# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ROBERT WALTER WILCOX, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:17-cv-55 |
| v. | * | |
| DET. JEFF EVANS; DEPUTY SHERIFF STACY WILKERSON; DEPUTY SCOTTY TANNER; DEPUTY JOEY COLEMAN, all in their individual capacities, | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's July 3, 2017, Report and Recommendation, dkt. no. 4, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **DISMISSES** Plaintiff's Complaint **without prejudice** and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

AO 72A
(Rev. 8/82)

The Court further **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this ___31___ day of ___August___, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA